452 A.2d 37

Commonwealth v. Bodnar, Appellant.
Petition for Allowance of Appeal Denied Feb. 17, 1983.

Submitted February 2, 1982. Patrick J. Flannery, Assistant Public Defender; for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of the learned Luzerne County Common Pleas Court Judge Bernard J. Podcasy is affirmed.